1  DLA PIPER RUDNICK GRAY CARY US LLP
   MARK FOWLER (SBN 124235) *mark.fowler@dlapiper.com*
2  M. ELIZABETH DAY (SBN 177125) *elizabeth.day@dlapiper.com*
   VINCENT LAM (SBN 229355) *vincent.lam@dlapiper.com*
3  2000 University Avenue
   East Palo Alto, CA 94303-2248
4  Telephone: (650) 833-2000; Facsimile: (650) 833-2001

5  Attorneys for Plaintiff/Counterdefendant/Counterclaimant
   TOSHIBA CORPORATION
6

7  TOWNSEND AND TOWNSEND AND CREW LLP
   WILLIAM J. BOHLER (SBN 141970) *wjbohler@townsend.com*
8  MATTHEW R. HULSE (SBN 209490) *mrhulse@townsend.com*
   379 Lytton Avenue
9  Palo Alto, California 94301
   Telephone: (650) 326-2400; Facsimile: (650) 326-2422
10
   Attorneys for Defendant/Counterclaimant/Counterdefendant
11 HYNIX SEMICONDUCTOR INC.

12                  UNITED STATES DISTRICT COURT
13              FOR THE NORTHERN DISTRICT OF CALIFORNIA
                        SAN FRANCISCO DIVISION
14

| | |
|---|---|
| TOSHIBA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR INC.,<br>HYNIX SEMICONDUCTOR AMERICA INC.,<br>and HYNIX SEMICONDUCTOR<br>MANUFACTURING AMERICA INC.<br><br>Defendants. | Case No.   C05-04100 PJH<br><br>**STIPULATION AND [PROPOSED]<br>ORDER EXTENDING TIME FOR<br>HYNIX TO RESPOND TO TOSHIBA<br>CORPORATION'S<br>COUNTERCLAIM REGARDING<br>U.S. PATENT NO. 5,200,030** |
| HYNIX SEMICONDUCTOR INC.,<br>HYNIX SEMICONDUCTOR AMERICA INC.,<br>and HYNIX SEMICONDUCTOR<br>MANUFACTURING AMERICA INC.<br><br>Counterclaimants/Counterdefendants<br><br>v.<br><br>TOSHIBA CORPORATION,<br>TOSHIBA AMERICA ELECTRONIC<br>COMPONENTS, INC., and TOSHIBA<br>AMERICA INFORMATION SYSTEMS, INC.<br><br>Counterdefendants/Counterclaimants | |

1   Hynix Semiconductor Inc. ("Hynix"), through its undersigned counsel, and Toshiba
2   Corporation ("Toshiba"), through its undersigned counsel, hereby submit this Stipulation and
3   [Proposed] Order regarding an extension of time for Hynix to respond to Toshiba's Counterclaim
4   regarding U.S. Patent No. 5,200,030 ("the '030 patent").
5   WHEREAS, on August 15, 2005, Toshiba filed "Toshiba Corporation's Reply to Defendants
6   Hynix Semiconductor Inc., Hynix Semiconductor America, Inc., and Hynix Semiconductor
7   Manufacturing America Inc.'s First Amended Counterclaims and Jury Demand" ("Toshiba's Reply");
8   WHEREAS, Toshiba's Reply included a Counterclaim against Hynix for Declaratory
9   Judgment of Non-Infringement and/or Invalidity of the '030 patent ("Toshiba's Counterclaim");
10  WHEREAS, under the Federal Rules of Civil Procedure, the deadline for Hynix to respond to
11  Toshiba's Counterclaim was September 7, 2005;
12  WHEREAS, Hynix inadvertently did not respond to Toshiba's Counterclaim on or before
13  September 7, 2005;
14  WHEREAS, Toshiba has agreed to extend the deadline for Hynix to respond to Toshiba's
15  Counterclaim, from September 7, 2005 to October 26, 2005;
16  WHEREAS, the requested extension will not affect the current case schedule;
17  WHEREAS, previous time modifications in this case are as follows:
18  • On December 3, 2004, the parties stipulated to an extension of the deadline for
19    defendants to answer or otherwise respond to the Complaint, from December 1, 2004 to
20    December 13, 2004.
21  • On March 28, 2005, the Court issued an Order in which it abated all deadlines and
22    stayed proceedings until April 25, 2005.
23  • On June 16, 2005, the Court issued an Order in which it abated all deadlines and stayed
24    proceedings until July 8, 2005 and granted an extension of time to submit Initial
25    Disclosures provided for in Rule 26(a) of the Federal Rules of Civil Procedure, except
26    for Production of Documents, from July 1, 2005 to July 31, 2005.
27  • On August 24, 2005, the parties stipulated to a 14-day extension of the deadline for the
28    parties to serve their preliminary invalidity contentions and accompanying document

1  productions, from September 1, 2005 to September 15, 2005.

2  THEREFORE, Toshiba and Hynix hereby stipulate to an extension of time for Hynix to reply
3  or otherwise respond to Toshiba's Counterclaim. Hynix may file a reply or otherwise respond to
4  Toshiba's Counterclaim on or before October 26, 2005.

5  IT IS SO STIPULATED.

6  Respectfully submitted,

8  DATED: October 25, 2005          DLA PIPER RUDNICK GRAY CARY US LLP

9  By: _____
10  Vincent Lam

11  Attorneys for Plaintiff/Counterdefendant/Counterclaimant
    TOSHIBA CORPORATION

14  DATED: October ___, 2005         TOWNSEND and TOWNSEND and CREW LLP

16  By:_____
    Matthew R. Hulse

18  Attorneys for Defendant/Counterclaimant/Counterdefendant
    HYNIX SEMICONDUCTOR INC.

19  **ORDER**

21  PURSUANT TO STIPULATION, IT IS SO ORDERED.

23  Dated: 10/31/05         _____
24                          PHYLLIS J. HAMILTON
                            UNITED STATES DISTRICT JUDGE

25  60613605 v2

1 productions, from September 1, 2005 to September 15, 2005.

2 THEREFORE, Toshiba and Hynix hereby stipulate to an extension of time for Hynix to reply or otherwise respond to Toshiba's Counterclaim. Hynix may file a reply or otherwise respond to Toshiba's Counterclaim on or before October 26, 2005.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: October ____, 2005          DLA PIPER RUDNICK GRAY CARY US LLP

By:_____
   Vincent Lam

Attorneys for Plaintiff/Counterdefendant/Counterclaimant
TOSHIBA CORPORATION


DATED: October 25, 2005          TOWNSEND and TOWNSEND and CREW LLP

By:_____
   Matthew R. Hulse

Attorneys for Defendant/Counterclaimant/Counterdefendant
HYNIX SEMICONDUCTOR INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____          _____
                                        PHYLLIS J. HAMILTON
                                        UNITED STATES DISTRICT JUDGE

60613605 v2

**CERTIFICATE OF SERVICE**

I, Martha Rubio, declare:

I am employed in the County of Santa Clara, California in the office of a member of the bar of this court at whose direction this service was made. I am over the age of eighteen and not a party to this action. My business address is Townsend and Townsend and Crew LLP, 379 Lytton Avenue, Palo Alto, California 94301.

On October 25, 2005, I served the following document(s) exactly entitled: **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR HYNIX TO RESPOND TO TOSHIBA CORPORATION'S COUNTERCLAIM REGARDING U.S. PATENT NO. 5,200,030** on the interested parties in this action by placing a true and correct copy thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Townsend and Townsend and Crew LLP, as follows:

| | |
|---|---|
| Erin O. Dungan<br>M. Elizabeth Day<br>Mark Fowler<br>Ronald Yin<br>Vincent S. Lam<br>DLA Piper Rudnick Gray Cary - Palo Alto<br>2000 University Ave.<br>East Palo Alto, CA 9430<br>Fax No. 650-833-2001 | Craig B. Florence<br>Tamara Schiffner<br>Gardere Wynne Sewell - Dallas<br>1601 Elm Street, Suite 3000<br>Dallas, TX 75201-4761<br>Fax No. 214-999-4667 |

[ X ] U.S. Mail: I am personally and readily familiar with the business practice of Townsend and Townsend and Crew LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service. I caused such document[s] to be sent via U.S. Mail according to the practices above.

[ X ] Facsimile Transmission: I caused such document[s] to be sent by facsimile transmission to the above-listed fax number for the party(ies) indicated.

1  I declare under penalty of perjury under the laws of the state of California that the foregoing is
2  true and correct, and that this declaration was executed on October 25, 2005, at Palo Alto, California.

*Martha Rubio*
Martha Rubio

60619284 v1