MARK FOWLER (Bar No. 124235) *mark.fowler@dlapiper.com*
RONALD L. YIN (Bar No. 063266) *ronald.yin@dlapiper.com*
GERALD T. SEKIMURA (Bar No. 095165) *gerald.sekimura@dlapiper.com*
M. ELIZABETH DAY (Bar No. 177125) *elizabeth.day@dlapiper.com*
MEGAN OLESEK (Bar No. 191218) *megan.olesek@dlapiper.com*
VINCENT S. LAM (Bar No. 229355) *vincent.lam@dlapiper.com*
DLA PIPER RUDNICK GRAY CARY US LLP
2000 University Avenue
East Palo Alto, CA  94303-2248
Tel:    650.833.2000
Fax:   650.833.2001

Attorneys for Plaintiff
TOSHIBA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TOSHIBA CORPORATION,<br><br>            Plaintiff,<br><br>    v.<br><br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., and HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br><br>            Defendants. | CASE NO. C05-04100 VRW<br>(AND RELATED CASES)<br><br>**STIPULATED [PROPOSED]**<br>**SCHEDULING ORDER** |
| TOSHIBA CORPORATION,<br><br>            Plaintiff,<br><br>    v.<br><br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., and HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br><br>            Defendants. | CASE NO. C05-04547 VRW<br>(AND RELATED CASES) |

1    Pursuant to ruling made during the case management conference on January 31, 2006, and
2  subsequent meeting and conferring between the parties, the Court hereby sets the following
3  pretrial schedule and limits discovery pending completion of claim construction, as follows:

4      February 17, 2006:    Parties Exchange Lists of Claim Terms for Construction By
5                                          Court (Local Patent Rule 4-1)

6      March 10, 2006:      Parties Exchange Proposed Claim Constructions and
                                              Extrinsic Evidence (Local Patent Rule 4-2)

7      March 24, 2006:      Parties to File Joint Claim Construction Statement (Local
8                                                Patent Rule 4-3)

9      April 21, 2006:        Parties to File Opening Claim Construction Brief (Local
                                              Patent Rule 4-5(a))

10     May 12, 2006:        Parties to File Responsive Claim Construction Brief (Local
11                                               Patent Rule 4-5(b))

12     May 31, 2006         Markman Hearing    @ **9:30 a.m.**

13    The following four Toshiba patents will be construed during this phase of the Markman
14  proceedings:
15            U.S. Patent No. 5,144,579 - claims 1-3, 6, 8, 9
16            U.S. Patent No. 5,880,994 - claims 1-2, 4-5, 7-8, 10-12, 18-19, 21-22
17            U.S. Patent No. 6,424,588 - claims 1-4
18            U.S. Patent No. 6,342,715 - claims 1, 3, 5

19    The parties' Opening Claim Construction Briefs will be limited to 35 pages and the
20  parties' Responsive Claim Construction Briefs will be limited to 20 pages.  No declarations of
21  experts shall accompany any of the claim construction briefs.  The parties will meet and confer to
22  establish a reasonable number of terms to be construed given the page limitations of the briefs.
23  However, if, after the May 31, 2006 Markman Hearing, the parties decide that additional terms
24  need to be construed, the parties agree that these proceedings are not a waiver of their right to
25  seek construction of those additional terms.  Additionally, the parties do not waive their right to
26  seek construction of the other patents at issue in these cases that are not a part of this phase of the
27  Markman proceedings.
28    All discovery not reasonably related to claim construction issues shall be stayed pending

-2-

DLA PIPER
RUDNICK GRAY
CARY US LLP

PA\10444734.1
351912-990602

STIPULATED [PROPOSED] SCHEDULING ORDER / CASE NOS. C05-04100 VRW AND C05-04547 VRW
(AND RELATED CASES)

1 | the Court's Claim Construction Order, absent agreement of the parties or order of the Court.

2

3 | Dated: February 7, 2006        DLA PIPER RUDNICK GRAY CARY US LLP

By    /s/ Vincent Lam
    MARK FOWLER
    RONALD L. YIN
    GERALD T. SEKIMURA
    M. ELIZABETH DAY
    MEGAN OLESEK
    VINCENT LAM

Attorneys for Plaintiff
TOSHIBA CORPORATION

Dated: February 7, 2006        TOWNSEND AND TOWNSEND AND CREW LLP

By    /s/ Igor Shoiket
    DANIEL J. FURNISS
    GREGORY S. BISHOP
    IGOR SHOIKET
    ROBERT G. LITTS

THELEN REID & PRIEST LLP
Kenneth L. Nissly
Susan Van Keulen

Attorneys for Defendants
HYNIX SEMICONDUCTOR INC., HYNIX
SEMICONDUCTOR AMERICA INC. and
HYNIX SEMICONDUCTOR
MANUFACTURING AMERICA INC.

**IT IS SO ORDERED.**

DATED:   February 17   , 2006

_____
VAUGHN R. WALKER
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: "IT IS SO ORDERED" signed Judge Vaughn R Walker]*

**GENERAL ORDER 45 ATTESTATION**

I, Vincent Lam, am the ECF user whose ID and password are being used to file this Stipulated [Proposed] Scheduling Order. In compliance with General Order 45, X.B., I hereby attest that Igor Shoiket has concurred in this filing.

Dated: February 7, 2006

By   /s/ Vincent Lam
         VINCENT LAM