| | |
|---|---|
| 1 | MARK FOWLER (Bar No. 124235) (*mark.fowler@dlapiper.com*) |
| 2 | RONALD L. YIN (Bar No. 063266) (*ronald.yin@dlapiper.com*) |
|   | GERALD T. SEKIMURA (Bar No. 095165) *gerald.sekimura@dlapiper.com* |
| 3 | M. ELIZABETH DAY (Bar No. 177125) (*elizabeth.day@dlapiper.com*) |
|   | MEGAN OLESEK (Bar No. 191218) (*megan.olesek@dlapiper.com*) |
| 4 | VINCENT LAM (Bar No. 229355) (*vincent.lam@dlapiper.com*) |

**DLA PIPER RUDNICK GRAY CARY US LLP**
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: 650-833-2000
Fax: 650-833-2001

Attorneys for Plaintiff
TOSHIBA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TOSHIBA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., and HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br><br>Defendants. | CASE NO. C05-04100 VRW<br>(AND RELATED CASES)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING JOINT MISCELLANEOUS ADMINISTRATIVE REQUEST FOR LEAVE TO PERMIT DELIVERY AND USE OF ELECTRONIC EQUIPMENT AT MARKMAN HEARING**<br><br>Date: May 31, 2006<br>Time: 9:30 a.m.<br>Crtrm: 6<br>Judge: Honorable Vaughn R. Walker |
| TOSHIBA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., and HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br><br>Defendants. | CASE NO. C05-04547 VRW<br>(AND RELATED CASES) |

-1-

DLA PIPER RUDNICK GRAY CARY US LLP

PA\10457876.1
351912-990602

STIP AND ORDER RE JOINT MISC ADMIN REQUEST FOR LEAVE TO PERMIT DELIVERY & USE OF ELECTRONIC EQUIP AT MARKMAN HEARING/CASE NOS. C05-04100 VRW AND C05-04547 VRW

1  WHEREAS, Plaintiff Toshiba Corporation ("Toshiba") and Defendants Hynix Semiconductor Inc., Hynix Semiconductor America Inc., and Hynix Semiconductor Manufacturing America Inc. (collectively, "Hynix") wish to refer to and project demonstrative exhibits during the course of their oral arguments at the upcoming May 31, 2006, Markman Hearing in the above captioned cases;

The parties have agreed to the following stipulation:

Toshiba and Hynix will have delivered on May 30, 2006, at 3:00 p.m. (subject to the Court's availability), for use during oral argument at the Markman Hearing, the following equipment: laptop computers (which may be delivered at the date and time specified in this paragraph or brought by the parties' counsel at the time of the hearing), digital projectors, projection screens, an "ELMO," and any required cables and connectors.

Dated: May 23, 2006                   DLA PIPER RUDNICK GRAY CARY US LLP

                                      By     /s/ Vincent Lam
                                         MARK FOWLER
                                         RONALD L. YIN
                                         GERALD T. SEKIMURA
                                         M. ELIZABETH DAY
                                         MEGAN OLESEK
                                         VINCENT LAM

                                      Attorneys for Plaintiff
                                      TOSHIBA CORPORATION

Dated: May 23, 2006                   TOWNSEND AND TOWNSEND AND CREW LLP

                                      By     /s/ Igor Shoiket
                                         DANIEL J. FURNISS
                                         GREGORY S. BISHOP
                                         IGOR SHOIKET
                                         ROBERT G. LITTS

                                         THELEN REID & PRIEST LLP
                                         Kenneth L. Nissly
                                         Susan Van Keulen

                                      Attorneys for Defendants
                                      HYNIX SEMICONDUCTOR INC., HYNIX
                                      SEMICONDUCTOR AMERICA INC. and
                                      HYNIX SEMICONDUCTOR
                                      MANUFACTURING AMERICA INC.

1 **ORDER**

2   This Court has considered the parties' administrative request.  All parties are allowed to
3 deliver on May 30, 2006, at 3:00 p.m., their required equipment for use during the Markman
4 hearing in the above captioned case on May 31, 2006, and are hereby permitted to have such
5 equipment set up in the Courtroom at such time.  Laptop computers to be used during the Claim
6 Construction Hearing may be delivered at the above-noted time or may be brought by the parties'
7 counsel at the time of the hearing.

8 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9

10 Dated: _____May 26_____, 2006    _____



11

12

...

28

-3-

DLA PIPER RUDNICK
GRAY CARY US LLP

PA\10457876.1
351912-990602

STIP AND ORDER RE JOINT MISC ADMIN REQUEST FOR LEAVE TO PERMIT DELIVERY & USE OF
ELECTRONIC EQUIP AT MARKMAN HEARING/CASE NOS. C05-04100 VRW AND C05-04547 VRW

**GENERAL ORDER 45 ATTESTATION**

I, Vincent Lam, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Joint Miscellaneous Administrative Request for Leave to Permit Delivery and Use of Electronic Equipment At Markman Hearing.  In compliance with General Order 45, X.B., I hereby attest that Igor Shoiket has concurred in this filing.

Dated:  May 23, 2006

By   /s/ Vincent Lam
    VINCENT LAM

-4-

DLA PIPER RUDNICK
GRAY CARY US LLP

PA\10457876.1
351912-990602

STIP AND ORDER RE JOINT MISC ADMIN REQUEST FOR LEAVE TO PERMIT DELIVERY & USE OF ELECTRONIC EQUIP AT MARKMAN HEARING/CASE NOS. C05-04100 VRW AND C05-04547 VRW