MARK FOWLER (Bar No. 124235) (*mark.fowler@dlapiper.com*)
RONALD L. YIN (Bar No. 063266) (*ronald.yin@dlapiper.com*)
GERALD T. SEKIMURA (Bar No. 095165) *gerald.sekimura@dlapiper.com*
M. ELIZABETH DAY (Bar No. 177125) (*elizabeth.day@dlapiper.com*)
MEGAN OLESEK (Bar No. 191218) (*megan.olesek@dlapiper.com*)
VINCENT LAM (Bar No. 229355) (*vincent.lam@dlapiper.com*)
**DLA PIPER RUDNICK GRAY CARY US LLP**
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: 650-833-2000
Fax: 650-833-2001

Attorneys for Plaintiff
TOSHIBA CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TOSHIBA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., and HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br><br>Defendants. | CASE NO. C05-04100 VRW<br>(AND RELATED CASES)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING JOINT MISCELLANEOUS ADMINISTRATIVE REQUEST FOR LEAVE TO PERMIT DELIVERY AND USE OF ELECTRONIC EQUIPMENT AT MARKMAN HEARING**<br><br>Date: July 6, 2006<br>Time: 9:30 a.m.<br>Crtrm: 6<br>Judge: Honorable Vaughn R. Walker |
| TOSHIBA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., and HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br><br>Defendants. | CASE NO. C05-04547 VRW<br>(AND RELATED CASES) |

-1-

DLA PIPER RUDNICK
GRAY CARY US LLP

PA\10457876.1
351912-990602

STIP AND ORDER RE JOINT MISC ADMIN REQUEST FOR LEAVE TO PERMIT DELIVERY & USE OF ELECTRONIC EQUIP AT MARKMAN HEARING/CASE NOS. C05-04100 VRW AND C05-04547 VRW (AND RELATED CASES)

WHEREAS, Plaintiff Toshiba Corporation ("Toshiba") and Defendants Hynix Semiconductor Inc., Hynix Semiconductor America Inc., and Hynix Semiconductor Manufacturing America Inc. (collectively, "Hynix") wish to refer to and project demonstrative exhibits during the course of their oral arguments at the upcoming July 6, 2006, Markman Hearing in the above captioned cases;

The parties have agreed to the following stipulation:

Toshiba and Hynix will have delivered on July 5, 2006, at 3:00 p.m. (subject to the Court's availability), for use during oral argument at the Markman Hearing, the following equipment: laptop computers (which may be delivered at the date and time specified in this paragraph or brought by the parties' counsel at the time of the hearing), digital projectors, projection screens, an "ELMO," and any required cables and connectors.

Dated: June 1, 2006        DLA PIPER RUDNICK GRAY CARY US LLP

By   /s/ Vincent Lam
   MARK FOWLER
   RONALD L. YIN
   GERALD T. SEKIMURA
   M. ELIZABETH DAY
   MEGAN OLESEK
   VINCENT LAM

   Attorneys for Plaintiff
   TOSHIBA CORPORATION

Dated: June 1, 2006        TOWNSEND AND TOWNSEND AND CREW LLP

By   /s/ Igor Shoiket
   DANIEL J. FURNISS
   GREGORY S. BISHOP
   IGOR SHOIKET
   ROBERT G. LITTS

   THELEN REID & PRIEST LLP
   Kenneth L. Nissly
   Susan Van Keulen

   Attorneys for Defendants
   HYNIX SEMICONDUCTOR INC., HYNIX
   SEMICONDUCTOR AMERICA INC. and
   HYNIX SEMICONDUCTOR
   MANUFACTURING AMERICA INC.

## **ORDER**

2    This Court has considered the parties' administrative request. All parties are allowed to
3 deliver on July 5, 2006, at 3:00 p.m., their required equipment for use during the Markman
4 hearing in the above captioned case on July 6, 2006, and are hereby permitted to have such
5 equipment set up in the Courtroom at such time. Laptop computers to be used during the Claim
6 Construction Hearing may be delivered at the above-noted time or may be brought by the parties'
7 counsel at the time of the hearing.

8    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

10    Dated: _____June 7_____, 2006   _____

*IT IS SO ORDERED*
*Judge Vaughn R Walker*

DLA PIPER RUDNICK
GRAY CARY US LLP

PA\10457876.1
351912-990602

-3-
STIP AND ORDER RE JOINT MISC ADMIN REQUEST FOR LEAVE TO PERMIT DELIVERY & USE OF ELECTRONIC EQUIP AT MARKMAN HEARING/CASE NOS. C05-04100 VRW AND C05-04547 VRW (AND RELATED CASES)

**GENERAL ORDER 45 ATTESTATION**

I, Vincent Lam, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Joint Miscellaneous Administrative Request for Leave to Permit Delivery and Use of Electronic Equipment At Markman Hearing. In compliance with General Order 45, X.B., I hereby attest that Igor Shoiket has concurred in this filing.

Dated: June 1, 2006

By    /s/ Vincent Lam
        VINCENT LAM

DLA PIPER RUDNICK
GRAY CARY US LLP

PA\10457876.1
351912-990602

-4-

STIP AND ORDER RE JOINT MISC ADMIN REQUEST FOR LEAVE TO PERMIT DELIVERY & USE OF ELECTRONIC EQUIP AT MARKMAN HEARING/CASE NOS. C05-04100 VRW AND C05-04547 VRW (AND RELATED CASES)