1   MARK FOWLER (Bar No. 124235)
    *mark.fowler@dlapiper.com*
2   RONALD L. YIN (Bar No. 063266)
    *ronald.yin@dlapiper.com*
3   ALAN A. LIMBACH (Bar No. 173059)
    *alan.limbach@dlapiper.com*
4   M. ELIZABETH DAY (Bar No. 177125)
    *elizabeth.day@dlapiper.com*
5   MEGAN OLESEK (Bar No. 191218)
    *megan.olesek@dlapiper.com*
6   VINCENT LAM (Bar No. 229355)
    *vincent.lam@dlapiper.com*
7
8   **DLA PIPER US LLP**
    2000 University Avenue
    East Palo Alto, CA  94303-2248
9   Tel:    650-833-2000
    Fax:    650-833-2001
10
    Attorneys for Defendants and Counterclaimants
11  TOSHIBA CORPORATION, et al.

12

13                      UNITED STATES DISTRICT COURT

14                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                          SAN FRANCISCO DIVISION

16

| | |
|---|---|
| 17  HYNIX SEMICONDUCTOR INC., | Case No. C04-04708 VRW |
| 18             Plaintiff, | **Related Cases:** C05-4547 VRW; C05-4016 VRW; C05-4100 VRW |
| 19             v. | |
| 20  TOSHIBA CORPORATION, ET AL. | **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE FOR MEDIATION** |
| 21             Defendants. | |
| 22 | |
| 23  AND RELATED COUNTERCLAIM. | |

1   Whereas the Court's Civil Pretrial Minute Order of August 22, 2006, directs the Parties to
2   complete a mediation in the above-captioned cases on or before December 1, 2006;
3   Whereas the Parties have agreed to conduct a mediation before the Hon. Eugene F. Lynch
4   (ret.);
5   Whereas, on November 2, 2006, the Parties submitted a Stipulation and [Proposed] Order
6   Extending Deadline for Mediation from December 1, 2006 to December 15, 2006 in order to complete
7   the mediation before Judge Lynch;
8   Whereas, on November 6, 2006, the Court extended the deadline to complete a mediation to
9   December 15, 2006 by Order;
10   Whereas the Parties have been and are continuing to meet without counsel to discuss
11   settlement;
12   Whereas the Parties would like to make further progress before the mediation and believe the
13   mediation would be more helpful in settlement after further discussions to narrow the issues;
14   Whereas the next agreeable date on which the Parties could schedule the mediation before
15   Judge Lynch is January 29, 2007, and whereas the Parties agree to participate in mediation on that
16   date if still necessary;
17   The Parties hereby stipulate and agree as follows:
18   1)  The deadline to complete a mediation in the above-captioned matters shall be extended to
19   February 1, 2007 so that the Parties may complete their mediation before Judge Lynch;
20   2)  The extensions of time provided in the preceding two paragraphs do not alter any further
21   deadlines previously agreed by the Parties or set by the Court.
22
23   IT IS SO STIPULATED.

1  Dated: December 7, 2006

2                                    TOWNSEND and TOWNSEND and CREW LLP

5                                    By:   /s/ Theodore G. Brown, III
                                      Daniel J. Furniss
                                      Theodore G. Brown, III
                                      William J. Bohler
                                      Eric P. Jacobs
                                      Robert A. McFarlane

                                      Attorneys for Plaintiff and Counterdefendant
                                      HYNIX SEMICONDUCTOR INC.

10  Dated: December 7, 2006

11                                    DLA PIPER US  LLP

14                                    By:   /s/ Vincent Lam
                                      Mark Fowler
                                      Megan Olesek
                                      Vincent Lam

                                      Attorneys for Defendants and Counterclaimants
                                      TOSHIBA CORPORATION, et al.

1 **ORDER**

3   PURSUANT TO STIPULATION, IT IS SO ORDERED.

5   Dated: __December 8__, 2006

*[signature]*

THE HONORABLE VAUGHN R. WALKER
United States District Judge

| | |
|---|---|
| 1 | **GENERAL ORDER 45 ATTESTATION** |

2    I, Vincent Lam, am the ECF user whose ID and password are being used to file this

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR MEDIATION. In compliance with General Order 45, X.B., I hereby attest that Theodore G. Brown, III has concurred in this filing.

Dated:  December 7, 2006

                        DLA PIPER US LLP


                        By:   /s/  Vincent Lam
                            Vincent Lam

                            Attorneys for Defendants and Counterclaimants
                            TOSHIBA CORPORATION, et al.