1   MARK FOWLER (Bar No. 124235)
    *mark.fowler@dlapiper.com*
2   RONALD L. YIN (Bar No. 063266)
    *ronald.yin@dlapiper.com*
3   MEGAN OLESEK (Bar No. 191218)
    *megan.olesek@dlapiper.com*
4   VINCENT S. LAM (Bar No. 229355)
    *vincent.lam@dlapiper.com*
5   **DLA PIPER US LLP**
    2000 University Avenue
6   East Palo Alto, CA  94303-2248
    Tel:      650-833-2000
7   Fax:      650-833-2001

8   Attorneys for Defendants and Counterclaimants
    TOSHIBA CORPORATION, et al.

9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13  HYNIX SEMICONDUCTOR INC.,          CASE NO. C04-04708 VRW

14              Plaintiff/Counterdefendant,   **Related Cases:**
                                              C05-4547 VRW; C05-4016 VRW;
15         v.                                 C05-4100 VRW

16  TOSHIBA CORPORATION, et al.         **STIPULATION AND [PROPOSED] ORDER
                                        EXTENDING DISCOVERY SCHEDULE**
17              Defendants/Counterclaimants.

18  AND RELATED COUNTERCLAIMS.

19

20

21

22

23

24

25

26

27

28

1    Whereas on September 26, 2006, the Court issued a Case Management Order setting the

2    discovery schedule in these related cases;

3    Whereas on November 2, 2006, the parties submitted a Stipulation and [Proposed] Order

4    Extending Deadline for Mediation and Extending Deadline for Subsequent Disclosures Under

5    Local Patent Rules;

6    Whereas on November 6, 2006, the Court adopted the parties November 2, 2006

7    Stipulation and Order;

8    Whereas the Parties have agreed to conduct a mediation before the Hon. Eugene F. Lynch

9    (ret.) on January 29, 2007;

10   Whereas the Parties have been and are continuing to meet without counsel to discuss

11   settlement;

12   Whereas the parties believe that an extension of the current schedule in these related cases

13   will allow the parties to focus on settlement;

14   Whereas no trial date has yet been set in these related cases;

15   The Parties hereby stipulate and agree as follows:

16   1)   The current schedule in these related cases will be extended by approximately

17        60 days as follows:

| Date | Event |
| --- | --- |
| February 20, 2007 | Last day for Toshiba to serve documents required by Patent L. R.  3-4(a) (source code, specifications, schematics, flow charts, artwork, formulas, or other documentation sufficient to show the operation of any aspects or elements of an Accused Instrumentality identified by patent claimant in its Patent L. R. 3-1(c) chart) pertaining to the '111, '311, '519, and '190 Patents at issue in the 4708 Case.<br><br>Last day for Hynix to serve updated preliminary invalidity contentions for the asserted claims of the '579 patent at issue in the 4100 case and to serve preliminary invalidity contentions for the '994, '715 and '588 patents at issue in the 4547 Case as specified in Local P. R. 3-3.<br><br>Last day for Hynix to serve documents required by Local P. R. 3-4(a) (source code, specifications, |

| Date | Event |
|---|---|
| | schematics, flow charts, artwork, formulas, or other documentation sufficient to show the operation of any aspects or elements of an Accused Instrumentality identified by patent claimant in its Patent L. R. 3-1(c) chart) pertaining the '579 Patent at issue in the 4100 Case, and the '994, '715, and '588 Patents at issue in the 4547 Case. |
| October 30, 2007 | Close of initial fact discovery pertaining to the '111, '311, '519, and '190 Patents at issue in the 4708 Case, the '579 Patent at issue in the 4100 Case, and the '994, '715, and '588 Patents at issue in the 4547 Case.  This deadline shall apply only as to discovery related to liability issues.<br><br>Close of discovery pertaining to any assertion of advice of counsel as defense to willfulness pertaining to the '111, '311, '519, and '190 Patents at issue in the 4708 Case, the '579 Patent at issue in the 4100 Case, and the '994, '715, and '588 Patents at issue in the 4547 Case. |
| December 14, 2007 | Service of Final Infringement and Invalidity Contentions as required by Patent Local Rule 3-6.<br><br>Initial Liability Expert Reports: Last day to serve initial expert reports regarding liability on issues on which each party has the burden of proof.  Such reports would include the Hynix infringement report and Toshiba invalidity report regarding the '111, '311, '519, and '190 Patents at issue in the 4708 Case, and the Toshiba infringement report and Hynix invalidity report regarding the '579, '994, 715, and '588 Patents at issue in the 4100 and 4547 Cases.<br><br>Last day for parties intending to rely on opinion of counsel to make disclosures required by Local P. R. 3-8 pertaining to the '111, '311, '519, and '190 Patents at issue in the 4708 Case, the '579 Patent at issue in the 4100 Case, and the '994, '715, and '588 Patents at issue in the 4547 Case. |
| January 7 to January 18, 2008 | Depositions of experts who submitted Initial Liability Expert Reports.  Such depositions will address the subject matter of the Initial Liability Expert Reports. |
| January 18, 2008 | Initial Damages Expert Reports: Last day for the patentee to serve damages expert reports regarding infringement of the '111, '311, 519, and '190 Patents at issue in the 4708 Case (Hynix) and the '579 Patent at issue in the 4100 Case and the '994, 715, and '588 Patents at issue in the 4547 Case (Toshiba). |

DLA PIPER US LLP      PA\10484483.1
351912-990603

TOSHIBA'S [PROPOSED] ORDER RE: DISCOVERY SCHEDULE
CASE NO. C04-04708 VRW (AND RELATED CASES)

| Date | Event |
|---|---|
| January 21, 2008 to February 1, 2008 | Depositions of experts who submitted Initial Damages Expert Reports.  Such depositions will address the subject matter of the Initial Damages Expert Reports. |
| February 1, 2008 | Rebuttal Liability Expert Reports: Last day to serve rebuttal expert reports on issues of liability. |
| February 4 to February 22, 2008 | Expert depositions addressing subject matter of Rebuttal Liability Expert Reports. |
| February 22, 2008 | Rebuttal Damages Expert Reports:  Last day to serve rebuttal expert reports on damages. |
| February 25 to March 7, 2008 | Expert depositions addressing subject matter of Rebuttal Damages Expert Reports. |
| March 7, 2008 | Close of Expert Discovery pertaining to the '111, '311, '519, and '190 Patents at issue in the 4708 Case, the '579 Patent at issue in the 4100 Case, and the '994, '715, and '588 Patents at issue in the 4547 Case.. |
| April 11, 2008 | Last day to file dispositive motions pertaining to the '111, '311, '519, and '190 Patents at issue in the 4708 Case, the '579 Patent at issue in the 4100 Case, and the '994, '715, and '588 Patents at issue in the 4547 Case. |

**IT IS SO STIPULATED.**

Dated:  December 19, 2006                    DLA PIPER US LLP


                                            By____/s/ Vincent Lam_____
                                                MARK FOWLER
                                                RONALD L. YIN
                                                MEGAN OLESEK
                                                VINCENT S. LAM

                                                Attorneys for Defendants and Counterclaimants
                                                TOSHIBA CORPORATION, TOSHIBA
                                                AMERICA INFORMATION SYSTEMS, INC.,
                                                TOSHIBA AMERICA CONSUMER
                                                PRODUCTS, L.L.C., TOSHIBA AMERICA
                                                ELECTRONIC COMPONENTS, INC., TOSHIBA
                                                AMERICA MEDICAL SYSTEMS, INC., and
                                                TOSHIBA AMERICA BUSINESS SOLUTIONS,
                                                INC.

1   Dated:  December 19, 2006        TOWNSEND and TOWNSEND and CREW LLP

2

3                            By _____/s/ Rob McFarlane_____
                                DANIEL J. FURNISS

4                                THEODORE G. BROWN, III
                                WILLIAM J. BOHLER

5                                ERIC P. JACOBS
                                ROBERT A. MCFARLANE

6                                IGOR SHOIKET

7                              Attorneys for Plaintiff and Counterdefendant
                              HYNIX SEMICONDUCTOR INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[~~PROPOSED~~] ORDER**

2          The Stipulation and [Proposed] Order Extending Discovery Schedule is hereby adopted by

3    the Court.  The parties are directed to comply with this Order.

4

5    **IT IS SO ORDERED.**

6

7

8    DATED:  _ December 27, 2006 _

9                                                    _____
                                                     VAUGH Judge Vaughn R Walker
10                                                   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PA\10484483.1
351912-990603

-6-
TOSHIBA'S [PROPOSED] ORDER RE: DISCOVERY SCHEDULE
CASE NO. C04-04708 VRW (AND RELATED CASES)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**GENERAL ORDER 45 ATTESTATION**

I, Vincent Lam, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Discovery Schedule.  In compliance with General Order 45, X.B., I hereby attest that Rob McFarlane has concurred in this filing.

Dated:  December 19, 2006

DLA PIPER US LLP


By:   /s/  Vincent Lam
     Vincent Lam

Attorneys for Defendants and Counterclaimants
TOSHIBA CORPORATION, TOSHIBA AMERICA
INFORMATION SYSTEMS, INC., TOSHIBA
AMERICA CONSUMER PRODUCTS, L.L.C.,
TOSHIBA AMERICA ELECTRONIC
COMPONENTS, INC., TOSHIBA AMERICA
MEDICAL SYSTEMS, INC., and TOSHIBA
AMERICA BUSINESS SOLUTIONS, INC.

DLA PIPER US LLP

PA\10484483.1
351912-990603

TOSHIBA'S [PROPOSED] ORDER RE: DISCOVERY SCHEDULE
CASE NO. C04-04708 VRW (AND RELATED CASES)