1  MARK FOWLER (Bar No. 124235) (*mark.fowler@dlapiper.com*)
   RONALD L. YIN (Bar No. 063266) (*ronald.yin@dlapiper.com*)
2  ALAN A. LIMBACH (Bar No. 173059) (*alan.limbach@dlapiper.com*)
   M. ELIZABETH DAY (Bar No. 177125) (*elizabeth.day@dlapiper.com*)
3  VINCENT S. LAM (Bar No. 229355) (*vincent.lam@dlapiper.com*)
   **DLA PIPER US LLP**
4  2000 University Avenue
   East Palo Alto, CA  94303-2248
5  Tel:     650-833-2000
   Fax:     650-833-2001
6
   Attorneys for Defendant and Counterclaimants
7  TOSHIBA CORPORATION, et al.

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11  HYNIX SEMICONDUCTOR INC.,              CASE NO. C04-04708 VRW

12            Plaintiff,                   **Related Cases:**
                                           C05-04016 VRW; C05-04100 VRW;
13       v.                                C05-04547 VRW; C07-00153 VRW

14  TOSHIBA CORPORATION,                   **STIPULATION AND [~~PROPOSED~~]
                                           ORDER DISMISSING ACTIONS
15            Defendant.                    PURSUANT TO RULE 41(a)**

16
    TOSHIBA CORPORATION, TOSHIBA
17  AMERICA INFORMATION SYSTEMS,
    INC., TOSHIBA AMERICA CONSUMER
18  PRODUCTS, L.L.C., TOSHIBA
    AMERICA ELECTRONIC
19  COMPONENTS, INC., TOSHIBA
    AMERICA MEDICAL SYSTEMS, INC.,
20  and TOSHIBA AMERICA BUSINESS
    SOLUTIONS, INC.,
21
              Counterclaimants,
22
         v.
23
    HYNIX SEMICONDUCTOR INC.,
24
              Counterdefendant.
25

26

27

28

1    WHEREAS, the parties hereto have reached a confidential settlement that resolves all

2    claims and counterclaims asserted between them, including those asserted in the above-captioned

3    action and all related actions;

4    IT IS HEREBY STIPULATED by and between the parties to this action through their

5    designated counsel that the above-captioned action and all related actions be and hereby are

6    dismissed without prejudice pursuant to FRCP 41(a)(1).  Each party is to bear its own costs,

7    expenses and attorneys fees.

8    IT IS SO STIPULATED.

9    Dated:  March 27, 2007                 TOWNSEND and TOWNSEND and CREW LLP

10

11                                          By____/s/ Robert A. McFarlane_____
                                               DANIEL J. FURNISS
12                                             THEODORE G. BROWN, III
                                               WILLIAM J. BOHLER
                                               ROBERT A. MCFARLANE
13
                                               THELEN REID & PRIEST LLP
14                                             KENNETH L. NISSLY
                                               SUSAN VAN KEULEN
15
                                               Attorneys for Plaintiff and Counterdefendant
16                                             HYNIX SEMICONDUCTOR INC.

17

18
     Dated:  March 27, 2007                 DLA PIPER US LLP
19

20                                          By____/s/ Vincent S. Lam_____
                                               MARK FOWLER
21                                             RONALD L. YIN
                                               ALAN A. LIMBACH
22                                             M. ELIZABETH DAY
                                               VINCENT S. LAM
23
                                               Attorneys for Defendants and Counterclaimants
24                                             TOSHIBA CORPORATION, TOSHIBA
                                               AMERICA INFORMATION SYSTEMS, INC.,
25                                             TOSHIBA AMERICA CONSUMER
                                               PRODUCTS, L.L.C., TOSHIBA AMERICA
26                                             ELECTRONIC COMPONENTS, INC.,
                                               TOSHIBA AMERICA MEDICAL SYSTEMS,
27                                             INC., and TOSHIBA AMERICA BUSINESS
                                               SOLUTIONS, INC.
28

-2-

1

**ORDER**

2          PURSUANT TO STIPULATION, IT IS SO ORDERED

3     Dated: __ March 30 __, 2007

4

5                                            THE _____ WALKER
                                             United S. Judge Vaughn R Walker

6

7



8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**GENERAL ORDER 45 ATTESTATION**

I, Vincent S. Lam, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER DISMISSING ACTIONS PURSUANT TO RULE 41(a).  In compliance with General Order 45, X.B., I hereby attest that Robert A. McFarlane has concurred in this filing.

Dated:  March 27, 2007                         DLA PIPER US LLP


By   /s/ Vincent S. Lam
          VINCENT S. LAM
     Attorneys for Defendant and Counterclaimants
     TOSHIBA CORPORATION, et al.

DLA PIPER US LLP

PA\10494966.1
351912-990603

-4-
STIPULATION AND [PROPOSED] ORDER DISMISSING ACTIONS PURSUANT TO RULE
41(A) / CASE NO. C04-04708 VRW (AND RELATED CASES)